**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KENNETH DWAYNE HARTH, SR.**                                             **PLAINTIFF**

**v.**                                                                                                 **No. 4:20CV47-RP**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**                **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S
MOTION [12] FOR DISCOVERY**

The plaintiff has filed a motion to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement.   The plaintiff is currently incarcerated at the Bolivar County Regional Correctional Facility.   Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order, which has not yet issued. As such, he is not entitled to conduct discovery at this time, and the motion [12] is **DENIED**.

**SO ORDERED**, this, the 23rd day of March, 2021.

/s/     Roy Percy
UNITED STATES MAGISTRATE JUDGE