IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KENNETH DWAYNE HARTH, SR.** **PLAINTIFF**

v. No. 4:20CV47-RP

**MISSISSIPPI DEPARTMENT OF CORRECTIONS** **DEFENDANTS**

### ORDER *DENYING* PLAINTIFF'S MOTION [14] FOR RELEASE OF MEDICAL RECORDS

This matter comes before the court on the motion [14] by the plaintiff to require the release of his medical records from the Mississippi Department of Corrections. The release of medical records and other discovery is driven in this case by the court's Scheduling Order, which has not yet issued. As such, the instant motion [14] is **DENIED** as premature.

**SO ORDERED**, this, the 23rd day of March, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE