IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KENNETH DWAYNE HARTH, SR.**                                              **PLAINTIFF**

**v.**                                             **No. 4:20CV47-RP**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**                        **DEFENDANTS**

**ORDER DENYING MOTION FOR FORCED SETTLEMENT
AND JUDGMENT OF $250,000**

This matter comes before the court on the plaintiff's Motion [16] for Relief Sought and Settlement in the Amount of $250,000. As the defendants have not yet appeared in the case, the instant motion [16] is **DENIED**.

**SO ORDERED**, this, the 23rd day of March, 2021.

                                                       /s/ Roy Percy
                                                       UNITED STATES MAGISTRATE JUDGE