IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KENNETH DWAYNE HARTH, SR.**                                                  **PLAINTIFF**

**v.**                                              **No. 4:20-cv-00047-RP**

**MISSISSIPPI DEPARTMENT OF CORRECTION, ET AL**                **DEFENDANTS**

### ORDER REQUIRING PLAINTIFF TO PROVIDE
### VALID MAILING ADDRESS FOR DEFENDANTS

The court takes up, *sua sponte*, the matter of locating defendants, Mrs. Payne and Mr. Simpson, in this case to effect service of process. The United States Marshal Service has attempted service of process upon defendants, Ms. Payne and Mr. Simpson; however, process was returned unexecuted, as the defendants could not be found. The plaintiff, as the party initiating the suit, is ultimately responsible for providing sufficient information to locate each defendant.

It is, therefore, **ORDERED**, that, within 21 days from the date of this order, the plaintiff provide the court with a valid address for service of process upon these defendants. Failure to do so will result in the dismissal of this case under Fed. R. Civ. P. 41(b) for failure to prosecute.

**SO ORDERED**, this, the 2nd day of September, 2021.

                                                               /s/ Roy Percy
                                                       UNITED STATES MAGISTRATE JUDGE