IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **KENNETH DWAYNE HARTH, SR.** | **PLAINTIFF** |
| VS. | CIVIL ACTION NO.: 4:20-CV-00047-RP |
| **MISSISSIPPI DEPARTMENT OF CORRECTION, ET AL.** | **DEFENDANTS** |

## ORDER STAYING CERTAIN PROCEEDINGS

Plaintiff Kenneth Dwayne Harth, Sr. brought suit against Defendant Michael King. *See* Doc. No. 1. Defendant King has moved for judgment on the pleadings or, alternatively, for summary judgment, in part, on qualified immunity grounds. *See* Doc. Nos. 81-82.

Under Rule 16(b)(3)(B) of the Uniform Local Rules of the United States District Courts for the Northern and the Southern Districts of Mississippi, "[f]iling a . . . motion asserting an immunity defense . . . stays … all discovery, pending the court's ruling on the motion, including any appeal."

IT IS, THEREFORE, ORDERED that discovery is stayed pending a ruling on Defendant King's motion.

**SO ORDERED**, this, the 10th day of January, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE

PD.36425540.1