IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KENNETH DWAYNE HARTH, SR.** **PLAINTIFF**

v. No. 4:20CV47-RP

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS, ET AL.** **DEFENDANTS**

ORDER *GRANTING* DEFENDANT KING'S MOTION [79]
TO DEPOSE THE PLAINTIFF AND TO EXTEND
THE DISPOSITIVE MOTION DEADLINE

This matter comes before the court on the motion by defendant King to depose the plaintiff and to extend the deadline to file a dispositive motion. After considering the motion, the court finds that it is well taken and is **GRANTED**. Defendant King may depose the plaintiff, and the new deadline for filing dispositive motions is forty-five days from the date of this order.

**SO ORDERED**, this, the 4th day of March, 2022.

/s/    Roy Percy
UNITED STATES MAGISTRATE JUDGE