## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**KENNETH DWAYNE HARTH, SR.**                                          **PLAINTIFF**

**v.**                                                                              **No. 4:20CV47-RP**

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS, ET AL.**                                              **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S MOTION
### FOR A PRETRIAL CONFERENCE

This matter comes before the court on the plaintiff's motion [86] for a pretrial conference.

Each *pro se* prisoner case is governed by the Scheduling Order the court enters in it.   A pretrial

conference is not part of that order, and the court sees no reason to hold such a conference in the

present case.   As such, the plaintiff's motion [86] for a pretrial conference is **DENIED**.

    **SO ORDERED**, this, the 4th day of March, 2022.


                                            /s/    Roy Percy
                                            UNITED STATES MAGISTRATE JUDGE