## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**KENNETH DWAYNE HARTH, SR.**                                                    **PLAINTIFF**

**v.**                                                                              **No. 4:20CV47-RP**

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS, ET AL.**                                                        **DEFENDANTS**

### ORDER *DISMISSING AS MOOT* PLAINTIFF'S MOTION [137]
### FOR TRANSCRIPTS AND OTHER DOCUMENTS TO PREPARE FOR
### HIS APPEAL OF THE COURT'S ORDER [127] OF DISMISSAL

This matter comes before the court on the plaintiff's motion [137] for the court to provide him

with transcripts and other documents to prepare for briefing during his appeal of the court's order

[127] of dismissal. The Fifth Circuit Court of Appeals has dismissed the appeal for want of subject

matter jurisdiction, and this court has withdrawn the order [127] at issue for the appeal. As such, the

instant motion [137] is **DISMISSED** as moot.

**SO ORDERED**, this, the 8th day of August, 2023.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE