IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KENNETH DWAYNE HARTH, SR.** **PLAINTIFF**

v. No. 4:20CV47-RP

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS, ET AL.** **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion [153] by the defendant for summary judgment is **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 7th day of December, 2023.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE